# IN THE SUPREME COURT OF THE STATE OF NEVADA

MATTHEW JOHNSON,
                    Appellant,
            vs.
THE STATE OF NEVADA,
                    Respondent.

No. 78213

**FILED**

MAR 2 1 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
    DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a purported district court order denying a "motion to dismiss court appointed counsel for ineffective assistance."[1]  Eighth Judicial District Court, Clark County; Michelle Leavitt, Judge.

This court's review of this appeal reveals a jurisdictional defect. Specifically, no statute or court rule provides for an appeal from a district court order denying a motion to dismiss appointed trial counsel. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990) (right to appeal is statutory; where no statute or court rule provides for an appeal, no right to appeal exists).  Accordingly, this

ORDERS this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Silver

---

[1]It appears that the entry of plea and/or trial date has been set for April 17, 2019.

cc:   Hon. Michelle Leavitt, District Judge
Robert L. Langford & Associates
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk